**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6285**

ERICKY ARNEZZ BOGUES,

Plaintiff - Appellant,

v.

WARDEN JEFFERY NINES; MEDICAL DOCTOR GETACHEW,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah Lynn Boardman, District Judge.  (1:22-cv-02735-DLB)

Submitted:  August 22, 2024                    Decided:  August 27, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ericky Arnezz Bogues, Appellant Pro Se.  Jessica M. Laws, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellee Medical Doctor Getachew.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ericky Arnezz Bogues appeals the district court's order granting summary judgment in favor of Defendants on Bogues' 42 U.S.C. § 1983 deliberate indifference claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Bogues v. Nines*, No. 1:22-cv-02735-DLB (D. Md. Mar. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*